UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GABOR PRESSER, Plaintiff, -against- KANYE WEST, PLEASE GIMME MY PUBLISHING INC. and SONY/ATV MUSIC PUBLISHING LLC, Defendants. | 16-CV-03798 **NOTICE OF MOTION TO DISMISS AND TRANSFER** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declarations of Seth Miller and Renee Karalian, with the exhibits attached thereto, and all prior pleadings and proceedings had herein, the undersigned will move this Court, before the Honorable Lewis A. Kaplan, in Room 21-B at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on a date and time to be determined by the Court, for an Order granting the motion of defendants Kanye West, Please Gimme My Publishing, Inc., and Sony/ATV Music Publishing LLC ("Defendants"), dismissing Count One for copyright infringement in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), transferring venue to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a), and granting such other and further relief as the Court deems just and proper. The reasons and grounds for this motion, that Count One of the Complaint fails to allege facts that state a claim upon which relief may be granted and that the United States District Court for the Central District of California is the most convenient forum for this dispute, are more fully described in the accompanying Memorandum of Law in support of this motion

Dated: New York, New York
November 10, 2016

PRYOR CASHMAN LLP

By: *s/ Ilene S. Farkas*
Ilene S. Farkas
Ross M. Bagley
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Defendants KANYE WEST, PLEASE GIMME MY PUBLISHING, INC., and SONY/ATV MUSIC PUBLISHING LLC*

TO: By ECF and FEDEX

Sarah Elizabeth Coleman
Cane & Associates LLP
200 Park Avenue 17th Floor
New York, NY 10166
(207)-992-6198
Email: sarah@canelaw.com
*Attorneys for Plaintiff Gabor Presser*