UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABOR PRESSER,

Plaintiff,

-against-

KANYE WEST, PLEASE GIMME MY PUBLISHING INC. and SONY/ATV MUSIC PUBLISHING LLC,

Defendants.

16-CV-03798

**DECLARATION OF SETH MILLER**

PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Defendants KANYE WEST, PLEASE GIMME MY PUBLISHING, INC., and SONY/ATV MUSIC PUBLISHING LLC*

*Of Counsel*:
Ilene S. Farkas, Esq.
Ross M. Bagley, Esq.

I, SETH MILLER, pursuant to 28 U.S.C. § 1746 declare and state as follows:

1. The facts set forth below are true of my personal knowledge unless otherwise indicated. If called upon to testify, I could and would testify competently thereto.

2. I am a partner of King, Holmes, Paterno & Soriano, LLP ("KHPS"), counsel for Defendant Kanye West and his affiliated entities, including in connection with this action.

3. Mr. West resides in Los Angeles, California.

4. Please Gimme My Publishing, Inc. ("PGMPI") is Mr. West's wholly owned publishing company. It has its principal offices and place of business in Los Angeles, California.

5. My firm recently retained Thomson Compumark ("Thomson") to search the records of the United States Copyright Office in Washington, D.C., for any record of a copyright registration or pending application to register a copyright in the musical composition *Gyongyhaju Lany*, written by Gabor Presser and Anna Adamis. Attached hereto as **Exhibit A** is a true and correct copy of the report prepared by Thomson on September 26, 2016.

6. This action turns largely on a series of lengthy negotiations that took place in or about Spring 2013 through early 2016 between Renee Karalian, the former counsel for Mr. West, and Szofia Lendvai, a Hungarian attorney, who represented Plaintiff Gabor Presser and Anna Adamis, as co-writers of the song, *Gyongyhaju Lany*, regarding a license for Mr. West to use the Presser/Adamis composition in Mr. West's composition and recording, *New Slaves*.

7. Plaintiff asserts claims for copyright infringement and breach of contract. Plaintiff denies that the above negotiations resulted in an agreement to license *Gyongyhaju Lany* for use in *New Slaves*, but that if there was an agreement reached, then Mr. West and the other Defendants allegedly breached that agreement. If the above negotiations resulted in a valid license, then the license would be an absolute defense to the claim for copyright infringement.

8. I anticipate that Ms. Karalian, who resides in Los Angeles, will be a significant witness regarding the license for the use of *Gyongyhaju Lany* and negotiations regarding same.

9. I also anticipate that personnel at West's record label, Universal Music Group ("UMG"), which was involved inaspects of the license to use *Gyongyhaju Lany* in *New Slaves*, will be significant witnesses to the license agreement issues, including that Mr. Presser signed an agreement with UMG for the use of *New Slaves* in ringtones, and UMG prepared a number of other agreements for Mr. Presser to sign. The email correspondence regarding the licenses reflects that the personnel at UMG involved in these negotiations were based in Los Angeles.

10. I also anticipate that personnel at Bunim-Murray Productions, which was involved in communications with Mr. Presser's Hungarian attorney regarding the use of *New Slaves* in an episode of the television show, *Keeping Up With the Kardashians*, will be relevant witnesses to the license issues. Bunim-Murray Productions is based here in Los Angeles.

11. The involvement of the above non-party witnesses based here in Los Angeles will be central to the issues in dispute in this case, including that their testimony is relevant to whether the parties had agreed on a license for the of *Gyongyhaju Lany* in *New Slaves* and also to the value of the use of Mr. Presser's composition in *New Slaves* as it pertains to alleged damages.

12. The publishing entity Defendants, PGMPI and Sony/ATV Music Publishing, LLC, are not likely to be significant or material witnesses in that their role is primarily limited to any royalty revenue they may have collected in administering the rights to *New Slaves*.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 7, 2016, in Los Angeles, California..

Seth Miller

# Exhibit A

# Copyright Research Report

THOMSON COMPUMARK

**Property Searched:** GYONGYHAJU LANY

**Client Name:** KING, HOLMES, PATERNO, & SORIANO LLP
**Attention:** **KAREN SLOANE**

**Type Of Search:** U.S. Copyright Registration/Renewal Search

**Our File:** 295926711
Date Completed: September 26, 2016
Date Received: September 26, 2016

## Property:

SONG CO-WRITTEN BY GABOR PRESSER AND ANNA ADAMIS

Client understands that Thomson CompuMark does not provide advice, whether of a legal, or other professional nature. To the extent permissible by law, Thomson CompuMark will not be liable to Client or anyone else for any indirect, incidental, special, consequential, or similar damages arising out of or in connection with this Service. IN NO EVENT SHALL THE AGGREGATE LIABILITY OF THOMSON COMPUMARK OR ITS AFFILIATES ARISING OUT OF OR IN CONNECTION WITH THIS SERVICE EXCEED, IN ANY 12-MONTH PERIOD, THE FEES PAID OR PAYABLE BY CLIENT TO THOMSON COMPUMARK UNDER THE APPLICABLE SERVICE AGREEMENT DURING SUCH 12-MONTH PERIOD. **ACCEPTANCE OF THIS SERVICE CONSTITUTES AN ACCEPTANCE OF THE AFORESAID TERMS, CONDITIONS AND LIMITATIONS.**

# Table of Contents

## Copyright Registration and Renewal Report

ANALYST REVIEW ....................................................................................3
IDENTIFYING INFORMATION ...........................................................4
NOTES ........................................................................................................4

# Analyst Review – Copyright Registration and Renewal Report

Search Information

Type of Search: **U.S. Copyright Registration/Renewal Search**
Property: **GYONGYHAJU LANY**
Detail: **SONG CO-WRITTEN BY GABOR PRESSER AND ANNA ADAMIS**

Data Information

Our copyright analysts search electronic records of the US Copyright Office, and on site at the Copyright Office investigate print card files and in-process copyright filings, in addition to Library of Congress records and other extensive entertainment industry sources in order to develop comprehensive reporting on specific works, and other properties and rights related to those works. The sources for each search may be tailored based on the kinds of properties involved.

The Full US Copyright search investigates creation and publication, copyright registration and renewal status, and assignment history of a specific work and any underlying material upon which it is based. Coverage of derivative works is also provided. The level of detail reported on some derivative works may vary depending on the type of use.

## IDENTIFYING INFORMATION

Our search of the registration and renewal files of the Copyright Office reveals the following information in connection with a work entitled GYONGYHAJU LANY:

**In–Process Number:** N/A
**Date Received:** 08–09–2013
**Author/Claimant:** ADAMIS, ANNA; PRESSER, GABOR
**Title:** GYONGYHAJU LANY
**Issue Date:** N/A
**Volume Number:** N/A
**Issue Number:** N/A
**Fee Service Description:** PA
**Registration Number:** N/A
**SR Number:** 1–985853595

## NOTES

We have searched the public access in–process records at the U.S. Copyright Office in connection with this property. Please note that there is a delay between when an application is filed and when it will become available for public access. Thomson Compumark also maintains a proprietary database of materials submitted on behalf of its clients since August 2007. We have searched these records for fillings connected to this property in relation to your organization.