UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GABOR PRESSER and ANNA ADAMIS,

Plaintiffs,

-against-

KANYE WEST, PLEASE GIMME MY PUBLISHING INC. and SONY/ATV MUSIC PUBLISHING LLC,

Defendants.

16-CV-03798 (LAK)

**DECLARATION OF RENEE KARALIAN**

PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100
*Attorneys for Defendants KANYE WEST, PLEASE GIMME MY PUBLISHING, INC., EMI APRIL MUSIC INC. and EMI BLACKWOOD MUSIC INC.*

*Of Counsel*:
Ilene S. Farkas, Esq.
Ross M. Bagley, Esq.

## DECLARATION OF RENEE KARALIAN

I, Renee Karalian, declare:

1. The facts set forth below are true of my personal knowledge unless otherwise indicated. If called upon to testify, I could and would testify competently thereto.

2. I am an attorney duly licensed to practice law in the State of California. My practice is and at all times since 2013 has been based in Los Angeles, California.

3. I am a partner at Carroll Guido & Groffman LLP ("CC&G") in Los Angeles, California. CC&G are former outside transactional counsel for Kanye West, including that we represented Mr. West and his affiliated entities, including his publishing entity, Please Gimme My Publishing, Inc. ("PMGPI") during the time period of Spring 2013 through early 2016.

4. From in or about May 2013 through early 2016, *inter alia*, I represented Mr. West in negotiations that I conducted primarily by email with Gabor Presser, Anna Adamis, and their Hungarian attorney, Zsofia Lendvai, regarding a license to use the composition *Gyongyhaju Lany*, written by Gabor Presser and Anna Adamis, in the Kanye West song, *New Slaves*. I was the representative for Mr. West who primarily handled those negotiations, which I conducted from my office in Los Angeles. To the best of my understanding and knowledge, Ms. Lendvai, Mr. Presser and Ms. Adamis resided in and were based in Hungary during these negotiations.

5. I also was involved in various communications between Ms. Lendvai and Mr. West's record label at Universal Music Group ("UMG") regarding UMG's involvement in matters relating to the *New Slaves* license from Presser/Adamis. Attached hereto as **Exhibit A** is a true and correct copy of an exemplar of one such email (with bank information redacted). The personnel at UMG involved in these negotiations were based at UMG in Los Angeles.

6. Mr. Presser signed a license agreement with UMG regarding the use of a *New Slaves* ringtone, a true and correct copy of which is attached hereto as **Exhibit B**.

7. In or about late 2013, I was involved in communications between Ms. Lendvai and Bunim-Murray productions regarding a license to use *New Slaves* in the television show,

*Keeping Up With the Kardashians*. Attached hereto as **Exhibits C** and **D** are true and correct copies of an exemplars of such emails, including an email in which Ms. Lendvai approves the use of *New Slaves* on behalf of Gabor Presser and Anna Adamis (Exh. D). The personnel at Bunim-Murray Productions involved in these negotiations were based here in Los Angeles.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 28, 2016, in Los Angeles, California..

Renée Karalian

**Exhibit A**

**From:** Lendvai, Zsofia [mailto:Zsofia.Lendvai@bakermckenzie.com]
**Sent:** Tuesday, June 17, 2014 7:48 AM
**To:** Geoffray, Ben <Ben.Geoffray@umusic.com>; Lisa Lester <LLester@ccgglaw.com>; McClain, Amina <Amina.McClain@umusic.com>
**Cc:** Renee Karalian <rkaralian@ccgglaw.com>; Ketenjian, Timothy <Timothy.Ketenjian@umusic.com>
**Subject:** RE: Kanye West -- "New Slaves"

Dear Ben,

apologies for not replying to you earlier:

both Anna Adamis and Gábor Presser are self published

**Their publishing name (s):** Gábor Presser
**Address to use for mechanical licenses/payments/statements:**

bank account number:
**Redacted**

postal address:
Gabor Presser
Vígszínház

Pannónia u. 1.
HU-1138 Budapest,

**Licensing preference (your license, UMG's standard, HFA):**

please issue Universal's standard license.

---

**Their publishing name (s):** Anna Adamis
**Address to use for mechanical licenses/payments/statements:**

bank account number:
**Redacted**

postal address:

Anna Adamis

Semmelweis u. 4. 3.em.16/A.
HU - 1052 Budapest

**Licensing preference (your license, UMG's standard, HFA):**

please issue Universal's standard license.

Best regards,

Zsofia

Zsófia Lendvai PhD
Attorney/ügyvéd
On behalf of Kajtár Takács Hegymegi-Barakonyi Baker & McKenzie
Dorottya utca 6.
1051 Budapest, Hungary

Tel: +36 1 302 3330
Fax: +36 1 302 3331
E-mail: zsofia.lendvai@bakermckenzie.com
Web: http://www.bakermckenzie.com/hungary

PRIVACY AND CONFIDENTIALITY NOTICE
The information contained in this communication is confidential and may be legally privileged. It is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution hereof, or action taken in reliance on the contents of this transmission is strictly prohibited. If you received this communication in error, please immediately notify us by telephone at +36 1 302 3330 or e-mail the sender. Kajtár Takács Hegymegi-Barakonyi Baker & McKenzie is a member of Baker & McKenzie International, a Swiss Verein.
FELHÍVÁS AZ ÜZENET BIZALMAS JELLEGÉRE
A jelen üzenetben található információk bizalmasak és az ügyvédi titoktartás körébe tartozhatnak. Kizárólag a címzett, illetve az általa meghatalmazott(ak) használhatják fel. Ha a jelen üzenetnek nem Ön a címzettje, felhívjuk figyelmét, hogy annak jogosulatlan felhasználása, másolása, terjesztése vagy a tartalmával való visszaélés szigorúan tilos. Ha a jelen üzenetet tévedésből kapta, kérjük, haladéktalanul értesítsen bennünket a +36 1 302 3330-as telefonszámon vagy a küldőt e-mailen. A Kajtár Takács Hegymegi-Barakonyi Baker & McKenzie a Baker & McKenzie International svájci Verein tagja.

---

**From:** Geoffray, Ben [mailto:Ben.Geoffray@umusic.com]
**Sent:** 2014. január 30. 0:39
**To:** Lisa Lester; McClain, Amina
**Cc:** Renee Karalian; Lendvai, Zsofia; Ketenjian, Timothy
**Subject:** RE: Kanye West -- "New Slaves"
**Importance:** High

Hi Zsofia—

Can you please confirm the following for Anna Adamis and Gabor Presser?:

**Their publishing name (s):**
**Address to use for mechanical licenses/payments/statements:**
**Licensing preference (your license, UMG's standard, HFA):**

Please advise.

Thank you,

**Ben Geoffray**
UMG - Island Def Jam Music Group
6301 Owensmouth Ave.
6th Floor
Woodland Hills, CA 91367
email: ben.geoffray@umusic.com
T - 818-286-4141
F - 818-286-5142

---

**From:** Lisa Lester [mailto:LLester@ccgglaw.com]
**Sent:** Monday, January 06, 2014 7:06 PM
**To:** McClain, Amina; Geoffray, Ben
**Cc:** Renee Karalian; Lendvai, Zsofia
**Subject:** Kanye West -- "New Slaves"

Hi Amina and Ben,

Happy New Year! I have put you both on this chain with Zsofia Lendvai. She represents the sample writers of "Gyongyhaju Lany", which is in the track "New Slaves". She may have questions regarding payment, etc.

Hi Zsofia – Amina and Ben work in Universal's copyright department and can address your questions regarding mechanical payments.

Thanks,
Lisa

---

**Lisa Lester, Esq.**
**Carroll, Guido & Groffman, LLP**
9111 Sunset Boulevard
Los Angeles, CA 90069

Telephone (310) 271-0241
Facsimile (310) 271-0775

---

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

**Exhibit B**

UNIVERSAL

UNIVERSAL MUSIC GROUP

TO: Zsofia Lendvai
COMPANY: Gabor Presser Publishing Designee
Zsofia.Lendvai@bakermckenzie.com

FROM: Amina McClain
amina.mcclain@umusic.com

DATE: March 4, 2015

We are requesting, on behalf of UMG Recordings, Inc. and its affiliates, successors, assigns and licensees ("UMG"), the right to use your musical compositions(s) (the "Composition(s)") in UMG's recordings in connection with the advertising, distribution and sale of:

(1) **Audio and audiovisual "master" ringtones** (e.g., excerpt of a Composition is used to reveal an incoming call or other communication and which is downloaded or transmitted to a phone or other communications device);

(2) **Audio and audiovisual "master" ringbacks** (e.g., excerpt of a Composition is transmitted and heard by a caller when they are calling a phone or other communications device); and

(3) **Digital music videos** (e.g., permanent music video downloads, limited music video downloads, and commercial music video streaming).

All audiovisual material used in conjunction with ringtones, ringbacks and digital music videos shall be footage owned by, controlled by or licensed to UMG (e.g., MTV-type video, live concert footage, long forms).

Such ringtones, ringbacks and digital music videos shall be referred to herein collectively as "Digital Products."

Please sign where indicated below, and return a copy to UMG via fax (818-286-5142), to accept all of the terms found herein in exchange for the royalties and other consideration offered by UMG, and to enter into a non-exclusive license with UMG.

---

Composition(s): **"New Slaves"**

Writer(s): **Kanye West, Christopher Breaux, Cydell Young, Gabor Pressor, Anna Adamis, Ben Bronfman, Malik Jones, Che Smith, Elon Rutberg, Sakiya Sandifer, Louis Johnson, Mike Dean**

Publisher(s): **Gabor Presser Publishing Designee**
**Vigszinház**
**Pannónia u. 1.**
**HU-1138, Budapest, Hungary**

UNIVERSAL

UNIVERSAL MUSIC GROUP

| | |
|---|---|
| Administrative Share(s): | 10.00% |
| | If you administer less than 100% of a Composition to UMG, the royalty rates payable to you shall be appropriately reduced to correspond to the percentage of your administrative share |
| Requested Rights. | UMG will have the non-exclusive right to edit, reproduce, distribute, synchronize (if applicable) and perform the Compositions(s) and lyrics in connection with the distribution, sale, and promotion of any number of versions of the Digital Products embodying the Composition(s) via any medium, means or method now known or hereafter discovered. |
| Territory: | United States and Canada (and their respective territories and possessions) |
| Term: | Perpetuity |
| Royalty Rates: | <u>Audio "master" ringtones in the territory of the U.S.</u> |
| | The royalty for audio "master" ringtones in the US shall be the statutory mechanical royalty rate in the United States in effect at the time of distribution of the audio master ringtone. |
| | <u>All other audio and audiovisual "master" ringtones and ringbacks</u>. |
| | The royalty rate shall be 20% of UMG's receipts from sales and exploitations (10% if UMG sells direct-to-consumer). |
| | <u>All Digital Music Videos –</u> |
| | The royalty shall be ten percent (10%) of UMG's receipts from successfully completed sales or commercial exploitations allocated to the Composition(s). If a Digital Music Video embodies more than one musical composition, receipts shall be allocated amongst the compositions by timing. |
| Accountings: | UMG shall account to you on a quarterly basis, within 45 days after the end of each quarter. Upon no less than 30 days notice, you shall have the right to audit no more frequently than once per calendar year and no more than once per accounting statement Unless objected to, each statement shall become binding two (2) years after your receipt of such statement. |
| Miscellaneous: | This agreement represents the final expression of the parties' intent with respect to the subject matter hereof, and all prior and contemporaneous agreements are merged herein. |
| | This agreement and the royalty rates herein are not meant to set precedent and will be without prejudice to any rights and arguments. |
| | If a final decision or ruling is made during the Term, in any part of the Territory with respect to any Digital Products described hereunder, providing for statutory or other binding royalty rates that would otherwise apply to such Digital Products, then such new rate(s) shall apply prospectively as of the effective date(s) of such rate(s). |

UNIVERSAL

UNIVERSAL MUSIC GROUP

You represent and warrant that you exclusively own or control the above Administrative Share(s) of the work(s) and that the exercise by UMG or its successors, licensees, or assigns of the rights granted to it hereunder will not infringe upon the rights of any third party. You will indemnify and hold UMG and its successors, licensees, or assigns harmless from any third party claim, cost, or expense arising out of any breach of the foregoing representation and warranty.

This agreement has been entered into in the State of California. The validity, interpretation and legal effect of this agreement is governed by the laws of the State of California applicable to contracts entered into and performed entirely within such State The California courts (state and federal), only, will have jurisdiction over any controversies regarding this agreement, and the parties hereto consent to the jurisdiction of said courts

UMG reserves the right to revoke this proposal if it is not executed and returned by you within forty five (45) days from the date hereof

**ACCEPTED AND AGREED:**
**Gabor Presser Publishing Designee**

By: [signature]
(An Authorized Signatory)
Print Name: PRESSER GABOR
Title:
Date: 08 14 2015

**ACCEPTED AND AGREED**
**UMG Recordings, Inc.**

By:__________________

**Exhibit C**

**Redacted**

-----Original Message-----
From: Vince Villanueva [mailto:vvillanueva@bunim-murray.com]
Sent: Tuesday, December 17, 2013 10:37 AM
To: Lisa Lester <LLester@ccgglaw.com>; Lendvai, Zsofia <Zsofia.Lendvai@bakermckenzie.com>
Cc: Michael Guido <mguido@ccgglaw.com>; Renee Karalian <rkaralian@ccgglaw.com>
Subject: Re: KEEPING UP WITH THE KARDASHIANS (Season 9) / "New Slaves"Writer/Publisher Info

Thanks Lisa.

Zsofia, I am in the process of drafting up the quote requests for all of the writers/publishers involved with the song. You will see the request coming through soon.

-Vince

From: Lisa Lester <LLester@ccgglaw.com<mailto:LLester@ccgglaw.com>>
Date: Tue, 17 Dec 2013 10:30:38 -0800
To: "Lendvai, Zsofia" <Zsofia.Lendvai@bakermckenzie.com<mailto:Zsofia.Lendvai@bakermckenzie.com>>
Cc: Vince Villanueva <vvillanueva@bunim-murray.com<mailto:vvillanueva@bunim-murray.com>>, Michael Guido <mguido@ccgglaw.com<mailto:mguido@ccgglaw.com>>, Renee Karalian <rkaralian@ccgglaw.com<mailto:rkaralian@ccgglaw.com>>
Subject: RE: KEEPING UP WITH THE KARDASHIANS (Season 9) / "New Slaves"Writer/Publisher Info

Hi Zsofia,
I have copied in Vince Villenueva who is working on clearing the song for the show and he can provide more details.

Vince - Zsofia represents the writers of "Gyonghaju Lany". Thanks.

From: Lendvai, Zsofia [mailto:Zsofia.Lendvai@bakermckenzie.com]
Sent: Tuesday, December 17, 2013 3:56 AM
To: Lisa Lester
Subject: RE: KEEPING UP WITH THE KARDASHIANS (Season 9) / "New Slaves" Writer/Publisher Info

Hi Lisa,

thank you for your email.

Do we know the terms of the license?

Thank you,

Zsofia

Zsófia Lendvai PhD
Attorney/ügyvéd
On behalf of Kajtár Takács Hegymegi-Barakonyi Baker & McKenzie Dorottya utca 6.
1051 Budapest, Hungary
Tel: +36 1 302 3330
Fax: +36 1 302 3331
E-mail: zsofia.lendvai@bakermckenzie.com<mailto:zsofia.lendvai@bakermckenzie.com>
Web: http://www.bakermckenzie.com/hungary

[cid:image001.jpg@01CEFB13.077BD730]
[cid:image002.jpg@01CEFB13.077BD730]

PRIVACY AND CONFIDENTIALITY NOTICE
The information contained in this communication is confidential and may be legally privileged. It is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or distribution hereof, or action taken in reliance on the contents of this transmission is strictly prohibited. If you received this communication in error, please immediately notify us by telephone at +36 1 302 3330 or e-mail the sender. Kajtár Takács Hegymegi-Barakonyi Baker & McKenzie is a member of Baker & McKenzie International, a Swiss Verein.
FELHÍVÁS AZ ÜZENET BIZALMAS JELLEGÉRE
A jelen üzenetben található információk bizalmasak és az ügyvédi titoktartás körébe tartozhatnak. Kizárólag a címzett, illetve az általa meghatalmazott(ak) használhatják fel. Ha a jelen üzenetnek nem Ön a címzettje, felhívjuk figyelmét, hogy annak jogosulatlan felhasználása, másolása, terjesztése vagy a tartalmával való visszaélés szigorúan tilos. Ha a jelen üzenetet tévedésből kapta, kérjük, haladéktalanul értesítsen bennünket a +36 1 302 3330-as telefonszámon vagy a küldőt e-mailen. A Kajtár Takács Hegymegi-Barakonyi Baker & McKenzie a Baker & McKenzie International svájci Verein tagja.

Baker & McKenzie - Global Law Firm of the Year: Intellectual Property - Chambers 2013<http://www.bakermckenzie.com/ip>

-----Original Message-----
From: Lisa Lester [mailto:LLester@ccgglaw.com]
Sent: 2013. december 17. 0:27
To: Michael Guido; 'Vince Villanueva'; Renee Karalian
Cc: Dave Stone; Theodore Harris; Lena; Laurie L. Soriano; julesdougall@gmail.com<mailto:julesdougall@gmail.com>; karl@washingtonlawfirm.net<mailto:karl@washingtonlawfirm.net>; Jeremy Rosen; 'mmiddleton@middletonlawpc.com<mailto:'mmiddleton@middletonlawpc.com>'; Dan Jensen; Peter Paterno, Esq.; Larro@Lawlessinc.net<mailto:Larro@Lawlessinc.net>; Friedman, Esther; Lendvai, Zsofia
Subject: RE: KEEPING UP WITH THE KARDASHIANS (Season 9) / "New Slaves" Writer/Publisher Info

Hi Vince,

Please see the below. I have also copied each writer's applicable representatives to help obtain writer approval as well as Esther Friedman at Sony/ATV to assist with Kanye and Mike's publishing approval. Please let me know if I can provide any further information. Thanks.

Kanye West 18% (Sony/ATV)
Benjamin Bronfman 18% (Ted Harris)
Mike Dean 7.2% (Sony/ATV; Lena Kasamblides)
Jacques Webster 3.2% (Laurie Soriano/Emily Hay; self-published) Noah Goldstein 4% (Lena Kasamblides; Reach Music)
Sham Joseph 2% (Universal Publishing; Jules Dougall can help provide writer approval)
Cydel Young 3.2% (Universal Publishing; Karl Washington)
Malik Yusef Jones 5% (Universal Publishing; Jeremy Rosen)
Christopher Breaux
p/k/a "Frank Ocean" 4% (Peter Paterno/Laurie Soriano/Dan Jensen; Bug Music)
Che Smith 5% (Matt Middleton; self-published)
Elon Rutberg 3.2% (Lena Kasamblides; self-published)
Sakiya Sandifer 4% (Lena Kasamblides; self-published)
Louis Johnson 3.2% (Larry Wilson; self-published)
Sample - "Gyongyhaju
Lany" (Gabor Presser,
Anna Adamis) 20% (Zsofia Lendvai; they are self-published)

Best,
Lisa

---

Lisa Lester, Esq.
Carroll, Guido & Groffman, LLP
9111 Sunset Boulevard
Los Angeles, CA 90069

Telephone (310) 271-0241
Facsimile (310) 271-0775

The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. Thank you.

---

-----Original Message-----
From: Michael Guido
Sent: Monday, December 16, 2013 11:28 AM
To: 'Vince Villanueva'; Renee Karalian
Cc: Dave Stone; Lisa Lester

Subject: RE: KEEPING UP WITH THE KARDASHIANS (Season 9) / "New Slaves" Writer/Publisher Info

Renee and Lisa can give you the full writer splits.

-----Original Message-----
From: Vince Villanueva [mailto:vvillanueva@bunim-murray.com]
Sent: Monday, December 16, 2013 2:26 PM
To: Michael Guido; Renee Karalian
Cc: Dave Stone
Subject: KEEPING UP WITH THE KARDASHIANS (Season 9) / "New Slaves" Writer/Publisher Info

Michael and Renee, how are you both doing? It's Vince Villanueva (Director of Music Clearance and Licensing for Bunim/Murray Productions)!

We are in the process of trying to clear the song "New Slaves" for use in the next season of KEEPING UP WITH THE KARDASHIANS and wanted to see if you might be able to assist us in clarifying some information.

Below is the list of writers that are coming up for the song per ASCAP/BMI (along with their publisher and share):

WRITER PRO PUBLISHER PERCENTAGE SHARE
Anna Adamis ARTISJUS <tbd> <tbd>
Ben Bronfman ASCAP <tbd> <tbd>
Che Smith ASCAP <tbd> <tbd>
Elon Rutberg ASCAP <tbd> <tbd>
Gabor Presser ARTISJUS <tbd> <tbd>
Louis Johnson <tbd> <tbd> <tbd>
Sakiya Sandifer <tbd> <tbd> <tbd>

Christopher Breaux BMI Friedchickenonsunday <tbd>

Cydel Young BMI Universal 7.5%
Malik Jones ASCAP Universal 0.0% (tied in with Cydel Young's share) Jacques Webster BMI Travis Scott Music 3.2%
Kanye West BMI Sony/EMI 18% Mike Dean BMI Sony/EMI 7.2%

We are aware of 35.90% of the song and need to figure out the remaining 64.1%. We have phoned both ASCAP and BMI and they didn't have any other info besides what was online.

[redacted]

Do you have info for all of the writers/publishers that we would be able to reach out to in order to get the song cleared 100% for the show? Any info that you may have would be a HUGE help!

Thank you VERY much and I look forward to hearing back from you.

Sincerely,
Vince

---

Vince Villanueva | Director of Music Licensing/Clearances | Bunim/Murray Productions | * vvillanueva@bunim-murray.com<x-msg://37/vvillanueva@bunim-murray.com<mailto:vvillanueva@bunim-murray.com%3cx-msg://37/vvillanueva@bunim-murray.com>>
6007 Sepulveda Blvd | Van Nuys, CA 91411 |* 818.756.5216

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email.
If you have received this email in error, please notify the sender immediately and delete all copies from your system.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers<http://www.bakermckenzie.com/disclaimers> for other important information concerning this message.

Confidentiality Notice: The contents of this email, all related responses and any files and/or attachments transmitted with it are CONFIDENTIAL and are intended solely for the use of the individual or entity to whom they are addressed. This email may contain legally privileged information and may not be disclosed or forwarded to anyone else without authorization from the originator of this email.
If you have received this email in error, please notify the sender immediately and delete all copies from your system.

Exhibit D

**Subject:** FW: Gyongyhaju lany
**Date:** Friday, January 31, 2014 9:40:11 AM Pacific Standard Time
**From:** Renee Karalian
**To:** Vince Villanueva, Dave Stone
**CC:** Michael Guido
**Priority:** High

Approval below.

-----Original Message-----
From: Lendvai, Zsofia [mailto:Zsofia.Lendvai@bakermckenzie.com]
Sent: Friday, January 31, 2014 9:21 AM
To: Renee Karalian
Subject: RE: Gyongyhaju lany
Importance: High

Dear Renée,

I could discuss this with Gabor.

Please be informed that we accept your below proposal subject to the following:

the licenses to which we agree to be granted on the same terms as Kanye does, includes the synchronization rights for audiovisual works. We understand that such licenses are always granted on MFN basis. Would Kanye want to license the song for an audiovisual work for less than the amount for the Kardashians (i.e.[redacted]USD) then Gabor's and Anna's consent has to be sought.
And finally the above consent is not applicable towards 3rd parties, meaning that formally we would like to agree to all licenses and thus to be informed about possible future licenses.

I hope the above is acceptable for you, in which case please (i) finalize the agreement accordingly and (ii) inform Vince Villaneuva about our consent to use the song in the Kardashians for the proposed fee.

Thank you,

Zsofia