Case 1:16-cv-03798-LAK Document 32-1 Filed 12/22/16 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-3-17

RECEIVED
JAN 03 2017
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
GABOR PRESSER and ANNA ADAMIS,

             Plaintiffs,            16-CV-03798 (LAK)

   -against-

KANYE WEST,                           STIPULATION
PLEASE GIMME MY PUBLISHING INC. and   TO AMEND
SONY/ATV MUSIC PUBLISHING LLC,       COMPLAINT

             Defendants.
---------------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that Plaintiffs shall file a Second Amended Complaint with Defendants' consent pursuant to FRCP 15 and the terms of this Stipulation.

    IT IS FURTHER STIPULATED AND AGREED that

    A. Plaintiffs represent that the only differences between the First Amended Complaint and the Second Amended Complaint shall be (i) the title of the document, (ii) the date and (iii) a reference to the copyright registration number (RE 932-178) in paragraph 16 of the Second Amended Complaint;

    B. Defendants' prior denial of paragraph 16 in their Answer (ECF No. 24) shall apply to paragraph 16 in the Second Amended Complaint and thus Defendants' prior Answer to the First Amended Complaint shall apply to the Second Amended Complaint;

    C. Defendants' Motion to Transfer Venue (ECF No. 25), which shall be fully submitted by December 23, 2016, shall apply to the Second Amended Complaint;

D. The amendment of Paragraph 16 has no bearing on Defendants' Motion to Transfer and the filing of the Second Amended Complaint shall not moot Defendants' Motion to Transfer Venue; and

E. Signatures may be transmitted electronically or via facsimile.

Dated: New York, New York
December 22, 2016

|  |  |
|---|---|
| CANELAW LLP | PRYOR CASHMAN LLP |
| By: _____<br>Sarah E. Coleman | By: /s/ Ilene Farkas<br>Ilene Farkas |
| 200 Park Avenue, 17th Floor<br>New York, New York 10166<br>212-627-7000 | 7 Times Square<br>New York, New York 10036<br>212-326-0188 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ

1/3/17