UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GABOR PRESSER and ANNA ADAMIS,

            Plaintiffs,

-against-

KANYE WEST,
PLEASE GIMME MY PUBLISHING INC. and
SONY/ATV MUSIC PUBLISHING LLC,

            Defendants.
------------------------------------------------------------x

**MEMO ENDORSED**

16-CV-03798 (LAK)

**NOTICE OF MOTION**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-21-2017

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Peter S. Cane dated February 17, 2017 and all prior proceedings herein, Plaintiffs hereby respectfully request that the Court issue an Order (i) compelling Defendant Kanye West to appear for a deposition at the offices of CaneLaw LLP, 200 Park Avenue, New York, New York 10166, on March 1, 2017 in accordance with the terms of his Deposition Notice dated January 13, 2016 and (ii) for any other relief the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's Individual Rules of Practice, any response to this motion must be electronically filed within two business days.

Dated: New York, New York
       February 17, 2017

                             CANELAW LLP

                     By:  _____
                             Peter S. Cane
                             Sarah E. Coleman
                             200 Park Ave, 17th Floor
                             New York, New York 10166

                             *Attorneys for Plaintiffs*

To:    All counsel of record (by ECF)

Memorandum Endorsement                                   Presser v West, 16-cv-3798 (LAK)

The motion to compel Kanye West to appear for a deposition at the offices of plaintiffs' counsel in New York, rather than in Los Angeles, on March 1, 2017, as noticed [DI 37] is denied on the conditions that Mr. West shall appear for and submit to deposition in Los Angeles on March 7, 2018 or, alternatively, such other date to which the parties may agree in a written stipulation duly filed with and approved by the Court on or before March 2, 2017.  In the event Mr. West does not comply with this order, the Court may reconsider the location of the deposition.

       SO ORDERED.

Dated:       February 21, 2017

                                                 Lewis A. Kaplan
                                       United States District Judge